BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

**FILED**
SEP 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00284-KJN |
| ALL FUNDS MAINTAINED AT MECHANICS BANK CHECKING ACCOUNT NUMBER 41143841, HELD IN THE NAME OF TERRESA RUDD, DBA ROCK BOTTOM BEDS, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |
| DEFENDANT. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Sept. 21, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge